**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**RODNEY MCBRIDE**                                                **PETITIONER**

**v.**                                                              **No. 1:05CV315-M-D**

**LAWRENCE KELLY, ET AL.**                                        **DEFENDANTS**

**FINAL JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated July 25, 2006, and the August 3, 2006, objections to the Report and Recommendation, the court finds that the petitioner's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated July 25, 2006, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d).

3. That this case is **CLOSED.**

THIS, the 11th day of October, 2006.

                                                    **/s/ Michael P. Mills**
                                                    **UNITED STATES DISTRICT JUDGE**